ACCEPTED
12-14-00361-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/23/2015 2:18:20 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/23/2015 2:18:20 PM

CATHY S. LUSK
Clerk

July 23, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Brannon Mattox**
    **12-14-00361-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

JUL 23 2015

SOUTHWEST CROSSING CENTER TX
USPS 75713

Sent To
Brannon Mattox Donnally S. County

Street, Apt. No.; or PO Box No. 206 E Elm

City, State, ZIP+4 Tyler Tx 75702

PS Form 3800, August 2006          See Reverse for Instructions

July 23, 2015


Brannon Mattox
Inmate
Smith County Jail
206 E. Elm
Tyler, TX 75702

**Re: Opinion**

Mr. Mattox:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,


Austin Reeve Jackson